# United States Court of Appeals

## For the Seventh Circuit
## Chicago, Illinois 60604

Decided October 31, 2003

### Before

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 02-2227

| | |
|---|---|
| JOHN OCHANA,<br>     *Plaintiff-Appellant,*<br><br>     *v.*<br><br>FERNANDO FLORES and ANTHONY SCHWOCHER,<br>     *Defendants-Appellees.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 00 C 7869<br><br>**James H. Alesia,** *Judge.* |

## ORDER

The Court's opinion issued in this case on October 17, 2003 is amended as follows:

On page 3, lines 30-31, the following sentence is deleted: "The officers did not taste or smell the powder, as they should have done according to Department policy." In its place, the following sentence is inserted: "The officers did not taste or smell the powder."

**SO ORDERED.**